Petrosian v B & A Warehousing Inc. (2025 NY Slip Op 05709)

Petrosian v B & A Warehousing Inc.

2025 NY Slip Op 05709

Decided on October 15, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 15, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
ROBERT J. MILLER
HELEN VOUTSINAS
DONNA-MARIE E. GOLIA, JJ.

2021-02768
 (Index No. 15209/12)

[*1]George Petrosian, etc., respondent,
v B & A Warehousing Inc., et al., appellants, et al., defendant.

Abrams Fensterman, LLP, White Plains, NY (Robert A. Spolzino, Anthony Genovesi, Lisa Colosi Florio, and Aaron Zucker of counsel), for appellants.

DECISION & ORDER
In an action to recover damages for personal injuries, etc., the defendants B & A Warehousing, Inc., TBS Realty Management, LLC, and Aaron Berger appeal from an order of the Supreme Court, Kings County (Devin P. Cohen, J.), dated December 17, 2020. The order, insofar as appealed from, denied the motion of the defendant Aaron Berger pursuant to CPLR 5015(a) to vacate so much of a judgment of the same court dated February 3, 2020, as awarded punitive damages to the plaintiff and Nadejda Petrosian in the principal sum of $10,000,000.
ORDERED that the appeal by the defendants B & A Warehousing, Inc., and TBS Realty Management, LLC, is dismissed, without costs or disbursements, as those defendants are not aggrieved by the portion of the order appealed from (see CPLR 5511; Mixon v TBV, Inc., 76 AD3d 144, 156-157); and it is further,
ORDERED that the appeal by the defendant Aaron Berger is dismissed as academic, without costs or disbursements.
The appeal by Aaron Berger must be dismissed as it has been rendered academic by our determination of a related appeal (see Petrosian v B & A Warehousing Inc., _____ AD3d _____ [Appellate Division Docket No. 2020-03114; decided herewith]).
IANNACCI, J.P., MILLER, VOUTSINAS and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court